MEMORANDUM OPINION




No. 04-03-00833-CR



Michael Clarence GILLUM,


Appellant



v.



The STATE of Texas,


Appellee




From the 187th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CR-7256-W


Honorable Raymond Angelini, Judge Presiding



PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: January 14, 2004


MOTION TO DISMISS GRANTED; DISMISSED

 Appellant filed a motion to dismiss his appeal. The motion is granted, and this appeal is
dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

Do not publish